MARQUETTE TOOL & MFG. CO. and McCord Mfg. Company, Inc., v. HOOVEN, OWENS, RENTSCHLER COMPANY.

No. 6151.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1932.

Barnett & Truman, of Chicago, Ill., and Province M. Pogue, of Cincinnati, Ohio, for appellants.

Marechal & Noe, of Dayton, Ohio, and Drury W. Cooper, of New York City, for appellee.

PER CURIAM.

Decree of District Court (1 F. Supp. 632) affirmed.

MATHIASEN BROS., Inc., as Owner of THE Steam Tug MONITOR, Appellant, v. THE Steam Tug DALZELLACE and Fred B. Dalzell, Appellee.

No. 60.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Thomas A. McDonald and Franklin M. Depew, both of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (A. Howard Neely and Chauncey I. Clark, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

Linville MILLER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6759.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Linville Miller, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Prussian v. United States, 282 U. S. 675, 51 S. Ct. 223, 75 L. Ed. 610, the judgment is affirmed.

Marion F. MILLS (Marvin F. Mills, alias J. F Mills) Appellant, v. UNITED STATES of America, Appellee.

No. 6695.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Paul L. Lindsay, of Atlanta, Ga., for appellant.

J. M. Johnson, Asst. U. S. Atty., of Atlanta, Ga.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.